IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

THOMAS A. MONTANO,

    Plaintiff,

v.

SALT LAKE COUNTY JAIL STAFF et al.,

    Defendants.

ORDER TO SHOW CAUSE
& MEMORANDUM DECISION

Case No. 2:11-CV-174 DS

District Judge David Sam

---

In this *pro se* prisoner civil rights case,[1] the Court granted Plaintiff's *in forma pauperis* request. So the Court could figure his initial partial filing fee, the Court ordered Plaintiff to submit his certified inmate account statement for the six months right before his complaint was filed on March 2, 2011.[2] Plaintiff has not complied.

IT IS THUS ORDERED that Plaintiff must within thirty days show cause why his case should not be dismissed for failure to obey the Court's order to send in "a certified copy of the trust fund account statement . . . for the *6-month period immediately preceding the filing of the complaint* . . . obtained from the appropriate [prison] official of each [correctional institution]."[3]

DATED this 24th day of May, 2011.

BY THE COURT:

JUDGE DAVID SAM
United States District Judge

---

[1] *See* 42 U.S.C.S. § 1983 (2011).

[2] *See* 28 *id.* § 1915(a)(2).

[3] *See id.* (emphasis added).